DURABILT STEEL LOCKER CO., PETITIONER, v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 3121. Decided October 27, 1926.

*J. W. Fisher, Esq.,* for the respondent.

SMITH: This is a proceeding for the redetermination of a deficiency in income tax for the fiscal year ended April 30, 1923, in the amount of $793.94, arising from the disallowance of a deduction from gross income of a net loss sustained for the period May 7, 1921, to April 30, 1922.

### FINDINGS OF FACT.

The petitioner was incorporated under the laws of Illinois on May 7, 1921, and kept its books of account on a fiscal year basis ended April 30. For the fiscal period ended April 30, 1922, the petitioner had a net loss of $6,351.49. It filed an income-tax return for the succeeding fiscal year ended April 30, 1923, which, before the deduction of the net loss shown upon its return for the preceding year, showed a net income of $13,234.36. From this total it deducted the net loss for the preceding fiscal period in the amount of $6,351.49. The Commissioner has disallowed the deduction of this net loss for such fiscal period and has computed the deficiency accordingly.

*Judgment will be entered for the petitioner.*
*Appeal of Carroll Chain Co., 1 B. T. A. 38.*